UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION | ) | |
|            Appellant, | ) | Case No. 20 CV 5440 (VB) |
| v. | ) | |
| WINDSTREAM HOLDINGS, INC., *et al.*, | ) | |
|            Appellees. | ) | |
| In re: | ) | Chapter 11 |
| WINDSTREAM HOLDINGS, INC., *et al.*, | ) | Case No. 19-22312 (RDD) |
|            Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING APPELLANT'S MOTION TO ACCEPT
DOCUMENTS UNDER SEAL INTO APPELLATE RECORD**

Upon the *Appellant's Motion to Accept Documents under Seal into Appellate Record* (the "Motion"), for good cause shown; it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Motion is granted; and

2. The Clerk for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for the Southern District of New York (the "District Court") those portions of the appellate record, as designated by the Appellant, which were received by the Bankruptcy Court under seal (the "Sealed Material").

3. This Court will accept, under seal, the Sealed Material, and the Sealed Material shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

    4.    Upon entry, Appellants shall give notice of this Order to counsel for the Appellees.

Date: __July 20, 2020__          _____
                                                     UNITED STATES DISTRICT JUDGE